UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 10-cv-11233-WGY

**RACHMIL-ETTER et al**
Plaintiff

v.

**SNYDER et al**
Defendant

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS .**

  Robert Farrell
**Acting Clerk**

**So Approved**

  /s/ William G. Young

  /s/ Jennifer Gaudet
**Deputy Clerk**

**June 25, 2013**

**To: All Counsel**